IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAII CARPENTERS TRUST FUNDS, *Health & Welfare Fund* by its trustees Henry Iida, Russell Young, Audrey Hidano, Glen Kaneshige, Eric Hashizume, George Ehara, Ronald Taketa, Kyle Chock, Shayne Chung, Conrad C. Verdugo, Jr., Ralph Hoohuli, and Travis Murakami, | ) ) ) ) ) ) ) ) ) ) ) | CIV. NO. 17-00377 JMS-RLP<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | |
| CRENSTON W. SARAGOSA, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION**

Findings and Recommendation having been filed on October 18, 2017 and

served concurrently upon those counsel of record who are registered participants

of CM/ECF, and served on October 19, 2017 by First Class Mail to the address of

record for Crenston W. Saragosa, and no objections having been filed by any

party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS

AND RECOMMENDATION TO GRANT PLAINTIFFS' MOTION FOR

DEFAULT JUDGMENT AGAINST DEFENDANT CRENSTON W.

SARAGOSA," ECF No. 14, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 8, 2017.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

*Haw. Carpenters Tr. Funds, et al. v. Saragosa*, Civ. No. 17-00377 JMS-RLP, Order Adopting
Magistrate Judge's Findings and Recommendation